# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**MAURICE COCHRAN**,

    *Plaintiff*,

    v.                                 Case No: 8:26-cv-00931-VMC-SPF

**EQUIFAX INFORMATION SERVICES, LLC**,

    *Defendant*.

_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT
## EQUIFAX INFORMATION SERVICES, LLC

In accordance with Local Rule 3.09, the Plaintiff, MAURICE COCHRAN ("Plaintiff"), hereby provides notice that Plaintiff and the Defendant, EQUIFAX INFORMATION SERVICES, LLC ("Defendant"), have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Defendant from this case with prejudice.

Respectfully submitted on April 21, 2026.

                                       **SERAPH LEGAL, P. A.**

                                       /s/ *Megan Rosenberg*
                                       Megan A. Rosenberg, Esq.
                                       Florida Bar Number: 1005213
                                       MRosenberg@SeraphLegal.com
                                       3505 East Frontage Road, Suite 145
                                       Tampa, FL 33607
                                       Tel: 813-567-1230 (Ext: 404)
                                       Fax: 855-500-0705
                                       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF System.

/s/ *Megan Rosenberg*

Megan A. Rosenberg, Esq.
Florida Bar Number: 1005213